1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HULEN T. HARRELL,

11            Plaintiff,              No. CIV S-04-1968 RRB DAD P

12        vs.

13   P.D. PALMER, et al.,

14            Defendants.              ORDER

15   _____/

16        Plaintiff is a prisoner proceeding pro se with a civil rights action.  In a document

17   titled "Plaintiff Written Objections Pursuant to 28 USC Sect- 636(b)(1)(C)," received for filing

18   on December 30, 2005, plaintiff objects to the magistrate judge's order issued December 19,

19   2005, dismissing plaintiff's complaint with leave to amend.

20        The magistrate judge's order at issue does not contain proposed findings and

21   recommendations addressing a motion excepted in subparagraph (A) of 28 U.S.C. § 636(b)(1).

22   Plaintiff's objections will be construed as a request for reconsideration by the district judge of a

23   pretrial matter other than an excepted motion.  A magistrate judge's orders on such matters are to

24   be upheld unless "clearly erroneous or contrary to law."  28 U.S.C. § 636(b)(1)(A); Local Rule

25   72-303(f).  Upon review of the entire file, the court finds that plaintiff has failed to show that the

26   magistrate judge's ruling on December 19, 2005, is clearly erroneous or contrary to law.

1

1    Accordingly, IT IS HEREBY ORDERED that, upon reconsideration, the order of

2   the magistrate judge filed December 19, 2005, is affirmed, and plaintiff is granted thirty days

3   from the date of this order to file his amended complaint.

4   DATED: January 18, 2006

5

6
                                                    UNITED STATES DISTRICT JUDGE
7   /harr1968.850

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                    2