IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HULEN T. HARRELL,

     Plaintiff,                No. CIV S-04-1968-JAM-DAD P

    vs.

P.D. PALMER, et al.,

     Defendants.         ORDER

_____/

       Plaintiff has requested an extension of time to file an opposition to defendants' motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

       1.  Plaintiff's July 9, 2008 request for an extension of time is granted; and

       2.  Plaintiff is granted thirty days from the date of this order in which to file his opposition.

DATED: July 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:cm
harr1968.36