IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HULEN T. HARRELL,

    Plaintiff,                      No. CIV S-04-1968 JAM DAD P

    vs.

P.D. PALMER, et al.,

    Defendants.             ORDER

/

        Plaintiff has requested a second extension of time to file an opposition to the defendant Palmer's motion to dismiss. Good cause appearing, this request will be granted. However, no further extension of time will be granted. IT IS HEREBY ORDERED that:

        1. Plaintiff's August 12, 2008 request for an extension of time (Doc. No. 22) is granted; and

        2. Plaintiff is granted thirty days from the service of this order in which to file his opposition. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: August 21, 2008.

                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:cm/4
harr1968.36sec.opp