IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HULEN T. HARRELL,

      Plaintiff,                     No. CIV S-04-1968 JAM DAD P

    vs.

P.D. PALMER, et al.,

      Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has filed an amended request to amend or supplement his opposition to defendant's motion to dismiss.

        Based on the date of the amended request, it appears that plaintiff did not have the benefit of the court's recent order denying plaintiff's original request to amend or supplement his opposition. As the court previously advised plaintiff, defendants' motion to dismiss was deemed submitted for decision when defendants filed a reply. See Local Rule 78-230(m). A response to defendants' reply is neither proper nor necessary. Accordingly, plaintiff's amended request will be denied.

/////

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that plaintiff's October
2  15, 2008 request (Doc. No. 29) is denied.
3  DATED: October 21, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:9
   harr1968.36d(2)