1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HULEN T. HARRELL,

11            Plaintiff,                    No. CIV S-04-1968 JAM DAD P

12        vs.

13   P.D. PALMER, et al.,

14            Defendants.                   ORDER

15   _____/

16            On October 21, 2008, plaintiff filed a motion for reconsideration of the magistrate

17   judge's order filed October 10, 2008, striking plaintiff's second amended complaint and denying

18   his request to supplement his opposition to defendant's motion to dismiss.  Pursuant to E.D.

19   Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or

20   contrary to law."  Upon review of the entire file, the court finds that it does not appear that the

21   magistrate judge's ruling was clearly erroneous or contrary to law.

22   /////

23   /////

24   /////

25   /////

26

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  Plaintiff's October 21, 2008 motion for reconsideration (Doc. No 31) is

3    denied;

4          2.  The order of the magistrate judge filed October 10, 2008, is affirmed.

5    DATED: 11/12/2008

6
                              /s/ John A. Mendez
7                             UNITED STATES DISTRICT JUDGE

8    /harr1968.850(2)