IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HULEN T. HARRELL,

    Plaintiff,                No. CIV S-04-1968 JAM DAD P

    vs.

P.D. PALMER, et al.,

    Defendants.            ORDER

                                 /

           Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

           On January 20, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Plaintiff has filed objections to the findings and recommendations.

           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 20, 2009, are adopted in full;

2. Defendant's June 18, 2008 motion to dismiss (Docket No. 19) is granted in part and denied in part as follows:

    a. Defendant's motion to dismiss for failure to exhaust administrative remedies is denied;

    b. Defendant's motion to dismiss for failure to state a claim is denied;

    c. Defendant's motion to dismiss plaintiff's damages claims on qualified immunity grounds is granted; and

3. Defendant Palmer is directed to file an answer in this matter in accordance with the Federal Rules of Civil Procedure.

DATED: 3/12/2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/harr1968.805