IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HULEN T. HARRELL,

    Plaintiff,                    No. CIV S-04-1968 JAM DAD P

    vs.

P.D. PALMER, et al.,

    Defendants.             ORDER

          Plaintiff has requested an extension of time to file a response to defendants' March 20, 2009 answer to the complaint. Plaintiff is advised that a response to defendants' answer is neither necessary nor proper.

          Accordingly, IT IS HEREBY ORDERED that:

          1. Plaintiff's April 8, 2009 request for an extension of time (Doc. No. 40) is denied; and

          2. The case will proceed in accordance with the court's March 26, 2009 discovery order.

DATED: April 24, 2009.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:9
harr0968.36d