IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HULEN T. HARRELL,

        Plaintiff,                     No. CIV S-04-1968 JAM DAD P

    vs.

P.D. PALMER, et al.,

        Defendants.            ORDER

_____/

        On September 1, 2009, plaintiff filed a request for reconsideration of the magistrate judge's order filed August 20, 2009. In the order, the magistrate judge, <u>inter</u> <u>alia</u>, denied plaintiff's motion for appointment of an expert and granted defendants' motion to compel plaintiff's deposition. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 1, 2009 motion for reconsideration (Doc. No. 50) is denied; and

        2. The order of the magistrate judge filed August 20, 2009 is affirmed.

1

1  DATED: September 28, 2009

2

3                                             /s/ John A. Mendez
                                              UNITED STATES DISTRICT JUDGE
   /harr1968.850(3)
4